UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JILL JOHNSON and KEITH JOHNSON,

    Plaintiffs,

v.

ETHICON, INC., ETHICON, LLC, and
JOHNSON & JOHNSON,

    Defendants.

Case No. 20-cv-102-JPG

## ORDER

This matter comes before the Court for case management purposes. On November 9, 2020, the defendants filed notice that this case has settled in principle and asked for a stay until the settlement is complete, which they expect to take several months (Doc. 81). In light of the potential settlement, the Court **STAYS** this case and **ORDERS** the defendants to file a status report in March 2021, every September and March thereafter, and within 30 days of completion of the settlement. In the meantime, the Court **DENIES without prejudice** the motions pending in this case (Docs. 58-66), which will be reinstated if the settlement falls through.

**IT IS SO ORDERED.**
**DATED: November 10, 2020**

                                                s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**